## Expense Worksheet

**Period: 01/01/00 - 05/09/17**

**Trustee: Charles L Smith (350260)**

| | | |
|---|---|---|
| **Case Number:** 16-01352-ALS7 | **Case Name:** | Etrema Products, Inc. |
| **Case Type:** Assets | **Judge:** | Anita L. Shodeen |
| **Petition Date:** 06/30/16 | **341a Meeting:** | 07/28/16   11:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 02/16/17 | COPIES | 1.00 | $0.300 | $0.30 |
| 02/16/17 | POSTAGE | 1.00 | $0.460 | $0.46 |
| 02/18/17 | UPS postage | 1.00 | $32.950 | $32.95 |
| 02/24/17 | Postage - $7.71 and $7.92 | 1.00 | $15.630 | $15.63 |
| 03/01/17 | COPIES | 13.00 | $0.300 | $3.90 |
| 03/01/17 | Postage - 2 @$1.15 and $.46 | 1.00 | $2.760 | $2.76 |
| 03/06/17 | Postage - $7.71 and $7.92 | 1.00 | $15.630 | $15.63 |
| 03/16/17 | POSTAGE | 1.00 | $0.460 | $0.46 |
| 03/28/17 | COPIES | 3.00 | $0.300 | $0.90 |
| 03/28/17 | POSTAGE | 1.00 | $0.460 | $0.46 |
| 03/30/17 | POSTAGE | 1.00 | $0.460 | $0.46 |
| 04/17/17 | COPIES | 1.00 | $0.300 | $0.30 |
| 04/17/17 | POSTAGE | 1.00 | $0.460 | $0.46 |
| 05/05/17 | COS fee - copies $135.00, postage $69.00 | 1.00 | $204.000 | $204.00 |
| 05/05/17 | POSTAGE | 19.00 | $0.460 | $8.74 |

**Total for case  16-01352-ALS7:**   **$287.41**

**Grand Total:**   **$287.41**